IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. COOK, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TOM CORBETT, et al. | : | NO. 14-5895 |

ORDER

AND NOW, this 8th day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Corrected Motion of Commonwealth Defendants to Dismiss the Amended Complaint as Supplemented by the Pro Se Supplement to Plaintiff's First Amended Complaint (doc. # 36) is GRANTED in part and DENIED in part, as follows:

(1)  all claims against defendants Tom Wolf and Tom Corbett are DISMISSED;

(2)  the "First Cause of Action" contained in the amended complaint is DISMISSED except insofar as it seeks damages from John Wetzel and Michael Wenerowicz in their individual capacities and prospective injunctive relief from them in their official capacities based on a denial of plaintiff's request for Kosher meals;

(3)  the "Second Cause of Action" contained in the amended complaint is DISMISSED except insofar as it seeks damages from Michael Wenerowicz in his individual capacity and prospective injunctive relief against him in his official

capacity based on Cook's lack of access to medical, dental, and mental health care;

(4) the "Third Cause of Action" contained in the amended complaint is DISMISSED in its entirety; and

(5) the Corrected Motion of Commonwealth Defendants to Dismiss the Amended Complaint as Supplemented by the Pro Se Supplement to Plaintiff's First Amended Complaint (doc. # 36) is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.