```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT L. COOK, JR.              :         CIVIL ACTION
                                 :
        v.                       :
                                 :
TOM CORBETT, et al.              :         NO. 14-5895
```

ORDER

AND NOW, this 26th day of April, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants John Wetzel and Michael Wenerowicz for summary judgment (Doc. # 54) is GRANTED insofar as it seeks summary judgment in favor of defendant Wenerowicz and against plaintiff Robert L. Cook, Jr. on the claims in the "Second Cause of Action" pertaining to plaintiff's lack of access to medical, dental, and mental health care and to the allegedly substandard food and conditions of meal service to which plaintiff has been exposed; and

(2) the motion of defendants John Wetzel and Michael Wenerowicz for summary judgment is otherwise DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III_____
                                                                  J.